IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV336 |
| v. | ) ) | |
| GMT, LLC, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Chanda Long, Brittany Barry, Kayla Romsa, Muriel Bowery, and Kimberly Johnson have moved to intervene in the above-entitled action pursuant to Fed. R. Civ. P. 24.  The plaintiff and defendant have not filed any opposition to the motion, and the deadline for doing so has passed. Moreover, counsel for the proposed intervening parties participated in the parties' planning conference and signed the Rule 26(f) Report filed of record (filing no. 11) as counsel for the intervening parties.  The motion to intervene is therefore deemed unopposed.

Accordingly,

IT IS ORDERED:

1) The motion to intervene, (filing no. 9), is granted.

2) The complaint of the intervening parties, a copy of which is attached to their motion, shall be filed on or before February 21, 2012.

DATED this 13th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge