IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>CHANDRA LONG, BRITTANY BARRY, KAYLA ROMSA, MURIAL BOWERY, and KIMBERLY JOHNSON,<br><br>                Plaintiff-Interveners,<br><br>    vs.<br><br>GMT, LLC d/b/a MIRACLE HILL GOLF AND TENNIS CENTER,<br><br>                Defendant. | **8:11CV00336**<br><br><br>**PROTECTIVE ORDER** |

On July 12, 2012, this Court granted the Joint Motion for Protective Order filed by Defendant GMT, LLC d/b/a Miracle Hill Golf and Tennis Center ("Miracle Hill") and Plaintiff-Intervenors Chanda Long, Brittany Barry, Kayla Romsa, Muriel Bowery and Kimberly Johnson. (Dkt. # 36) The Court therefore orders as follows:

    1.    The Equal Employment Opportunity Commission (the "EEOC"), Miracle Hill and Plaintiff-Intervenors shall be responsible for assuring that access to the Confidential Settlement Agreement and Release between Miracle Hill and Plaintiff-Intervenors (the "Agreement") that is the subject of Miracle Hill and Plaintiff-Intervenors' Joint Motion for Protective Order shall be permitted only to:

        a.    Counsel of record and staff of counsel assisting counsel in this litigation;
        b.    The Parties to this litigation, including the officers, employees and representatives of the Parties who are assisting in the litigation;
        c.    The Court, *in camera*, and to its staff and court reporters as necessary; and

        d.      Others permitted by Order of this Court.

2.    No person having access to the Agreement shall disclose in any manner its contents to any person other than those described in the above Paragraph 1.

3.    The Parties may by mutual agreement in writing waive any of the terms of this Order.

4.    The terms of this Protective Order shall survive and remain in full force and effect after the termination of this proceeding.

Dated this 30th day of July, 2012.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge