IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GMT, LLC,<br><br>　　　　　　Defendant. | 8:11CV336<br><br>**MEMORANDUM AND ORDER** |

After conducting a hearing today on the record,

IT IS ORDERED:

1) The depositions of defendant's representatives, subpoenaed to be taken next week, are continued.

2) The parties shall confer and determine dates in mid-October for re-scheduling the subpoenaed depositions.

3) If both parties believe a settlement conference would assist in resolving this case, they shall advise the chambers of the undersigned magistrate judge who will, in turn, solicit the assistance of Magistrate Judges Thalken or Gossett to conduct the conference.

September 7, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge